UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS LACKEY, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:17-CV-2345-B (BT) |
| ABEL SALAZAR and AUSTIN PALMER, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) [ECF No. 16] is DENIED.

**SO ORDERED** this 6th day of August, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE