IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| NICHOLAS LACKEY, | § | CIVIL ACTION NO: |
| | § | |
| PLAINTIFF | § | 3:17-cv-2345 |
| OFFICERS ABEL SALAZAR #1037, | § | |
| AUSTIN PALMER #1045, | § | |
| | § | |
| (individually) | § | DALLAS DIVISION |
| | § | |
| DEFENDANTS | § | |
| | § | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Nicholas Lackey, to file this, his Motion to Extend Deadline to Respond to Defendant's Motion for Summary Judgment:

### I.

Defendants filed their Motion for Summary Judgment on April 1, 2019. By this motion, Plaintiff moves this Court to extend his deadline to Respond to the motion to July 12, 2019, and that Defendant's Reply Deadline moved to August 2, 2019.

This motion is not sought for purposes of delay.

          Respectfully submitted,

           /s/ Dimitri Dube
          Dimitri Dube
          TX State Bar No.
          24068944 Dimitri Dube
          PC
          325 N. St. Paul

        Street Suite 2750  
        Dallas, TX 75201  
        469.484.5021 tel.  
        214.975.2010 fax  
        dimitridubepc@gmail.com

        /s/ Ezekiel Tyson, Jr.  
        Ezekiel Tyson, Jr.  
        Bar No 24034715  
        342 W. Montana Avenue  
        Dallas, TX 75424  
        214-942-9000  
        tyson@tysonlawfirm.com  
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This motion has been served on counsel for Defendants via ECF.

        /s/ Dimitri Dube  
        Dimitri Dube

## CERTIFICATE OF CONFERENCE

Plaintiff has requested Defendant's position on this motion, and did not receive a response prior to filing.

        /s/ Dimitri Dube  
        Dimitri Dube