## DECLARATION

**I, Nicholas Lackey**, under penalty of perjury, do declare that the following is true and correct:

1. I am over 18 years old and of sound, mind, and body.

2. I previously submitted a declaration detailing the incident that forms the basis of this lawsuit. I adopt and allege herein each and every statement in that previous declaration. I further assert that I never had a weapon at any time during this incident.

3. In addition to the facts therein, I further state that, I have suffered great distress and anxiety as a result of the Defendants' actions in this case. I still think about the actions of that day, and it causes me great humiliation. I am anxious whenever I approach or see police following me. I am constantly worried that police officers will do to me what the Defendants in this case did, which was to unlawfully and unjustly beat me and break my neck.

4. I again declare under penalty of perjury that the above is true and correct

_____
Nicholas Lackey